United States District Court
844 King Street
Wilmington, Delaware 19701

Jourdean Lorah - Plaintiff
114 Walls Ave.
Wilmington, Delaware 19805

06-539

V

Department of Natural Resources
and Environmental Control - Defendant
89 King's Highway
Dover, Delaware   19901

The PMA Group- Defendant
P.O. Box 25249
Lehigh Valley, Pennsylvania 18002-5249

# MOTION REGARDING THE IDENTIFICATION OF THE

# ENCLOSED REPORT FROM DNREC

Plaintiff, Jourdean Lorah has verified that the identification of Jordan Lorah is not the Plaintiff, Jourdean Lorah. Officer Kubrick of The Delaware State Police researched the identification, and name of Jordan Lorah through their computer system. No one by the name of Jordan Lorah with the gender of a male and the social security number that is on the DNREC report came up in their system. Officer Kubrick of the Delaware state police verified that a female named Jordan Lorah is residing in Sussex County. Neither female or male Jordan Lorah matched the identification of the Plaintiff, Jourdean Lorah. The fraud concerning the report

has economically extorted the Plaintiff, Jourdean Lorah. Plaintiff, Jourdean Lorah respectively prays that the United States District Court considers compensation for her loss. The dispute/conflict with employment has engendered the Plaintiff, Jourdean Lorah.

*Jourdean Lorah  9/1/06*

Office of Workers' Compensation
PO Box 8902
Wilm, DE 19899-8902
302-761-8200

# STATE OF DELAWARE
## FIRST REPORT OF OCCUPATIONAL INJURY OR DISEASE

| 40-0600-210 | 299400-76-21-40-2 |
|---|---|
| LOCATION/DEPT | INSURANCE POLICY NUMBER |

| 1. EMPLOYEE: FIRST / MIDDLE / LAST: Jordan / / Lorah | 2. EMPLOYEE SOCIAL SECURITY NO. - 6601 |
|---|---|
| 3. ADDRESS – INCLUDE COUNTY AND ZIP CODE: Route 5 Box 150, 318 Frankford, DE 19945, Sussex Co.  4. MALE ☒ FEMALE ☐ | 5. EMPLOYEE TELEPHONE NUMBER (302) - 539 - 4773 |
| 6. DATE OF BIRTH: )84 | 7. AGE: 18 | 8. WAGE: $9.50 per hour | 9. WEEKLY HOURS WORKED: 40 |
| 10. OCCUPATION (REGULAR): Lifeguard | 11. DIVISION REGULARLY EMPLOYED: DNREC/Parks & Recreation | 12. HOW LONG EMPLOYED: 2 years (seasonal) |
| 13. EMPLOYER: DEPT. OF NAURAL RESOURCES & ENVIRONMENTAL CONRTOL | 14. PERSON MAKING OUT THIS REPORT: Bonnie Korstange |
| 15. ADDRESS – INCLUDE COUNTY AND ZIP CODE: 89 Kings Highway, Kent County, DE 19901 | 16. EMPLOYER TELEPHONE NUMBER: (302) – 739-5823 |
| 17. MAILING ADDRESS – IF DIFFERENT FROM ABOVE: N/A | 18. NATURE OF BUSINESS: STATE GOVERNMENT |
| 19. DATE OF REPORT: 06/30/2003 | 19. DATE OF INJURY AND TIME: 06/29/2003 4:30 ☐AM ☒PM | 21. NORMAL STARTING TIME: 9:00 ☒AM ☐PM | 22. IF EMPLOYEE BACK TO WORK GIVE DATE: 06/30/2003 | 23. AT SAME WAGE ☒YES ☐NO |
| 24. IF FATAL INJURY, GIVE DATE OF DEATH / / | 24. DATE EMPLOYER KNEW OF INJURY: 06/30/2003 | 26. DATE DISABILITY BEGAN / / | 27. LAST FULL DAY PAID – DATE / / |

28. DESCRIBE THE INJURY/ILLNESS AND PART OF BODY AFFECTED.

Injured right hand

29. SPECIFY THE DEPARTMENT WHERE INCIDENT OCCURRED AND THE WORK PROCESS INVOLVED.

Cape Henlopen State Park

30. LIST THE EQUIPMENT, MATERIALS, AND CHEMICALS EMPLOYEE WAS USING WHEN THE INCIDENT OCCURRED, E.G. ACETYLENE.

None

31. DESCRIBE THE EMPLOYEE'S ACTIVITY AT THE TIME OF INJURY OR ILLNESS, I.E.
Working out - diving into water

32. DESCRIBE HOW THE INJURY/ILLNESS OCCURRED.

While diving into water, employee jammed right hand into sand.

| 33. NAME OF PHYSICIAN: None listed at this tim | 34. PHYSICIAN'S ADDRESS |
|---|---|
| 35. HOSPITAL (IF APPLICABLE) | 36. HOSPITAL ADDRESS |

WORKER'S COMPENSATION INSURANCE COMPAYN AND COMPLETE ADDRESS (PREPRINT OR STAMP INCLUDE IAB CODE)
37. (THIS SECTION MUST BE COMPLETED IN ORDER TO PROCESS)

PMA MANAGEMENT CORP.
P.O. BOX 25248
LEHIGH VALLEY, PA 18002

I.A.B. CODE  40    POLICY NO. 7621402

Bonnie Korstange  7/8/03
SIGNATURE OF PERSON IN 14 ABOVE

H.R. Technician
OFFICIAL POSITION