IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOURDEAN LORAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-539-SLR |
| | ) |
| DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL and THE PMA GROUP, | ) ) ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington, this 20th day of September, 2006;

IT IS ORDERED:

1. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall complete and return to the clerk of the court an **original** "U.S. Marshal-285" form for each **defendant,** as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c), and Fed. R. Civ. P. 4(j)(2). **Additionally, plaintiff shall provide the court with a copy of the complaint (D.I. 2) for service upon each defendant and the attorney general. Plaintiff is notified that the United States Marshal will not serve the complaint until all "U.S. Marshal 285" forms have been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" forms and a copy of the complaint for each defendant and the attorney general within 120 days from the date of this order may result in the complaint being dismissed or**

**defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

  2. Upon receipt of the completed "U.S. Marshal 285" form(s) and copies of the complaint, the United States Marshal shall serve a copy of the complaint and this order upon the defendants as directed by plaintiff. All costs of service shall be advanced by the United States.

  3. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

           _____
           UNITED STATES DISTRICT JUDGE