IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOURDEAN LORAH, | ) | |
|     Plaintiff, | ) | |
| | ) | C.A. No. 06-539-SLR |
| v. | ) | |
| | ) | |
| DEPARTMENT OF NATURAL | ) | Jury Trial Demanded |
| RESOURCES AND ENVIRONMENTAL | ) | |
| CONTROL, and THE PMA GROUP | ) | |
| Defendants | ) | |

### ENTRY OF APPEARANCE

To:    Jourdean Lorah                       The PMA Group
         114 Walls Ave                     P.O. Box 25249
         Wilmington, DE 19805       Lehigh Valley, PA 18002-5249

**PLEASE TAKE NOTICE** that Deputy Attorney General Robert F. Phillips hereby enters his appearance on behalf of defendant Delaware Department of Natural Resources and Environmental Control (hereinafter "DNREC").

This entry of appearance is made without waiver of any affirmative defenses, including, but not limited to, insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations.

                                                  STATE OF DELAWARE
                                                  DEPARTMENT OF JUSTICE

                                                  /s/ Robert F. Phillips
                                                  Robert F. Phillips, I.D. No. 2453
                                                  820 North French Street, 6th Floor
                                                  Wilmington, Delaware 19801
                                                  (302) 577-8400
                                                  Counsel for Defendant DNREC

Dated: December 28, 2006

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on December 28, 2006, he caused the attached *Entry of Appearance* to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Jourdean Lorah  
114 Walls Ave  
Wilmington, DE 19805

The PMA Group  
P.O. Box 25249  
Lehigh Valley, PA 18002-5249

**MANNER OF DELIVERY:**

_____   One true copy by facsimile transmission to each recipient.

__X__   Two true copies by first class mail, postage prepaid, to each recipient.

_____   Two true copies by Federal Express.

_____   Two true copies by hand delivery to each recipient.


__/s/ Robert F. Phillips_____  
Robert F. Phillips, I.D. #2453  
Deputy Attorney General  
Carvel State Office Building  
820 N. French Street, 6th Floor  
Wilmington, DE 19801  
(302) 577-8400