United States District Court
544 King Street
Wilmington, Delaware   19801

Jourdean Lorah - Plaintiff                    Case Number- 1:06-cv-539  SLR
114 Walls Ave.
Wilmington, Delaware   19805

      V.

Department of Natural Resources  and Environemntal Control-Defendant
89 King's Highway
Dover, Dealware  19901

The PMA Group
P.O. Box 25249
Lehigh Valley, Pennsylvania   18002-5249



MOTION TO RECONSIDER APPOINTED COUNSEL

    Plaintiff, Jourdean Lorah respectively prays that reconsideration for appointed counsel be granted. Plaintiff, is now unemployed without unemployment benefits. Presently, there is no unemployment compensation or retirement in the Plaintiff's account.  The continuing violation under Title VII is presently a lock out regarding Plaintiff's last part time position with Tatnall School located at 1501 Barley Mill Road in Wilmington, Delaware 19807. Plaintiff, Jourdean Lorah has met with an investigator at OSHA/EPA who has advised the Plaintiff how to proceed administratively with her complaint regarding a chemical in the air. Plaintiff, Jourdean Lorah was hit several times in the face with the chemical while working at Tatnall School located at 1501 Barley Mill Road in Wilmington, Delaware. Plaintiff, Jourdean Lorah was also exposed to a chemical cloud outside the Biology

lab at Delaware Technical College in Stanton, Delaware. The chemical outside the Biology lab is not the same as the chemical detected in the hallway and outside at Tatnall School. The chemical in the parking lot at Delaware Technical College is the same as the chemical at Tatnall School. Plaintiff, Jourdean Lorah has suffered from the wrongful violation of the chemical irritant which as resulted in medical treatment regarding her upper respiratory disability. The violation regarding the chemical is not very good for anyone who has been exposed to it. Plaintiff, Jourdean Lorah is denied gainful opportunity and is denied administratively the due process of those in authority (abuse of discretion/privacy). The following cites (Ray v. Robinson and Parham v. Johnson) do not pertain to the Plaintiff, Jourdean Lorah. Plaintiff, Jourdean Lorah is not a man nor is she a prisoner (Ray v. Robinson, Cite as 640 F .2d 474, 1981). Plaintiff, Jourdean Lorah has stated her case and she has provided proof of those documents which prove the discrimination by way of age, gender and disability. In Parham v. Johnson Cite as 126 F.2d 454 (3rd Cir. 1997) the Plaintiff, received excellent medical treatment. Therefore, Parham v. Johnson does not apply to the Plaintiff. All medical care, treatments and follow up services regarding her disability asthma/allergy were given. Medical documentation will be provided concerning the disability and or treatment of chemical exposure (fourteen days for release of records). Plaintiff, Jourdean Lorah is an indigent and is a welfare recipient with no wages for unemployment. A copy of her unemployment print out states no wages. Plaintiff, Jourdean Lorah can not afford counsel of an attorney. The continuing violation is an economical hardship. Plaintiff, Jourdean Lorah has a financial responsibility to her mother who is a senior. The

EEOC has been notified regarding the continuing violation under Title VII. Counsel from the Equal Employment Opportunity Commission should be given. The EEOC has legal representation for cases of discrimination. Abuse of discretion concerning supervisors and administrators has resulted in an economical hardship regarding the violations of age, gender/sex, and disability.

*Joundean Lorah - Pro-Se*
*1/4/07*

Page: 1 Document Name: untitled

```
ECHO                    DELAWARE DEPARTMENT OF LABOR              01/03/2007
                        UNEMPLOYMENT INSURANCE CLAIM HISTORY
  REFER TO: C NOTES              CLAIM DATA                        AC DATES
     SSN: 217 74 1460                  CLAIM DATE: 10/09/2005
    NAME: J S LORAH              DISQUALIFIED DATE:
   ADDR1: 114 WALLS AVE          OVERPAYMENT DATE:
   ADDR2:                        INSUFFICIENT DATE:
    CITY: WILM         DE 19805
   PHONE: 302-225-0540 FIPS: 10-003-0  TOTAL MBA: 6,214 WBA: 239 BAL:    0
     DOB: 01/27/1959             FUND CODE: 10
LOCAL OFFICE: 2                  NO. PAYMENTS: 26
  MASS LAYOFF:    (          )       MBA: 6,214
  HIRING HALL: N                     WBA:  239
       RECALL: N DATE:            BALANCE:    0
  RTRN TO WORK:                   PAY NO.: 27
       SCHOOL: Y                  LAST CWED: 04/15
     DET FLAG:                    SIC1: 736
 EARNGS BYPSS:                    TAX CODE: Y
   SICK CLAIM: N DATE:            TAX DATE: 10/09/2005
  REDUCED HRS:                    TAX COUNT: 1
  PARTIAL CLM:                  DET REG: Y  DATE: 10/11/2005 ID: 000000000041816
     HOLD PAY: N (                                          ) MAIL/PHONE: M
F1=MEN           F4=RTN F5=EXT F6-PND F7=CHK F8=WAG F10=DIS F11=NT ECHOMAP
                                                                   ECHOINQ
```

*Monetarily & yearly expired* (handwritten, with BALANCE: 0 circled)

*Can not open a new claim for W/O 12/31/07 - see next page* (handwritten)

Date: 1/3/2007 Time: 4:09:16 PM

```
Page: 1 Document Name: untitled

ECHO                    DELAWARE DEPARTMENT OF LABOR              01/03/2007
                     UNEMPLOYMENT INSURANCE CLAIM HISTORY
                                 WAGE HISTORY

  SSN: 217 74 1460    NAME: J S LORAH         CLAIM DATE: 10/09/2005

                               QUARTERLY WAGES
EMPLOYER                NAICS
------------------      -----   -----------------------------------------
TOTAL

NO WAGE HISTORY
```

*No New Earnings on System*

```
F1=MEN            F4=RTN F5=EXT F6-PND F7=CHK F9=HST F10=DIS F11=NT ECHOMAP
                                                                    ECHOINQ
```

Date: 1/3/2007 Time: 4:09:21 PM



## Division of Unemployment Insurance

### CLAIMANT INCOME QUESTIONNAIRE

In order for the Division of Unemployment Insurance to correctly determine what effect your income may have on your entitlement to unemployment insurance benefits, please complete this questionnaire.

Name: J. S. Lorah

Social Security Number: 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

**Do you receive any of the following?**

| Yes | No | | Gross Monthly Amount: | Effective Date: |
|---|---|---|---|---|
| ☐ | ☑ | Employer Pension | | |
| ☐ | ☑ | Military Pension | | |
| ☐ | ☑ | Railroad Retirement | | |
| ☐ | ☑ | Lump Sum Pension | | |
| ☐ | ☑ | Other Pension/Annuity | | |
| ☐ | ☑ | Ira/Keogh | | |
| ☐ | ☑ | Workers Compensation | | |
| ☐ | ☑ | Sickness/Accident | | |
| ☐ | ☑ | Disability Pay | | |
| ☐ | ☑ | Severance/Bonus Pay | | |
| ☐ | ☑ | Holiday/Vacation Pay | | |
| ☐ | ☑ | Self-Employment/Other | | |

**Local Office Comments:**

_____

_____

_____

**Claimant Certification**: I understand that penalties are provided by law for an individual making false statements to obtain benefits. I also understand that it is my responsibility to immediately report any changes in the amount or type of income I receive. I certify that the above information is correct to the best of my knowledge.

_J.J. Long_     1/3/07     _Jourdean Lorah_     1/3/07

Agency Representative    Date    Claimant's Signature    Date

UC-528A
Doc No 60 06 01 04 05 05

Patty J. Lorah
114 Walls Ave.
Wilmington, Delaware 19805

January 2, 2007

Equal Employment Opportunity Commission
Philadelphia District Office
Attention: Mr. King
21 South Fifth Street
Philadelphia, Pennsylvania

Dear Mr. King,

   I am a concerned parent of Jourdean Lorah who resides with me at 114 Walls Ave. in Wilmington, Delaware. There seems to be a pattern of employment which results in either a layoff or a wrongful termination where no explanation or reason is given. My daughter's employment usually lasts approximately three months, each time resulting in a financial hardship with no retirement and unemployment compensation. Jourdean Lorah has financial responsibilities each month as a resident in my home.

   Please contact me if there is anything that I can do or discuss with you. I know an overburden of cases is a hardship at this time but any consideration you could give us would be highly appreciated. I can be reached at 302-381-2637 (if possible to have a telephone conversation).

Sincerely yours,

*Patty J. Lorah*

Patty J. Lorah

Mr. King,
   I will be back in the area in Feb - if we need to set up a meeting.    Thank you,

Submission Complete

 

# U.S. Department of Labor
## Occupational Safety & Health Administration
www.osha.gov    MyOSHA    Search    GO Advanced Search | A

OSHA 7 Online Complaint Form
## Submission Complete

## Thank You!

Your Safety and Health Hazard Notice has been forwarded to the OSHA Federal Area Office listed below.

**If you identified yourself, you will be contacted by OSHA.**
Please call the OSHA Federal Area Office below if you are not contacted.

Complaint Number: 82890

Delaware

Wilmington Area Office
919 Market Street, Suite 900
Wilmington, DE, 19801
(302) 573-6518
(302) 573-6532 Fax

| | |
|---|---|
| Establishment Name: | The Tatnall School |
| Site Street: | 1501 Barley Mill Road |
| Site City: | Wilmington |
| Site State: | Delaware |
| Site Zip: | 19807 |
| Management Official: | Ms. Jennings/Ms. Cathcart |
| Telephone Number: | 302-892-4328 |
| Type of Business: | Private School |

Hazard Description:

On November 27, 2006 and on November 28, 2006 I detected a chemical odor in the air. I am unable to identify it, but I feel as if I am being threatened. On several different dates, I have been told that I am go be fired. The odor is not concentrated in a large area, but in a small area (whiff).

Hazard Location:

http://www.osha.gov/pls/osha7/ecomplaintform.submit    11/30/2006



Near the entrance where car line is at the lower school.

This condition has previously been brought to the attention of:
* The employer
I am an employee.
Do NOT reveal my name to my employer.

| | |
|---|---|
| Complainant Name: | Jourdean Lorah |
| Complainant Telephone Number: | 302-225-0540 |
| Complainant Mailing Address: | |

114 Walls Ave.
Wilmington
Delaware
19805

Back to Top                                  www.osha.gov

Contact Us | Freedom of Information Act | Customer Survey
Privacy and Security Statement | Disclaimers

Occupational Safety & Health Administration
200 Constitution Avenue, NW
Washington, DC 20210

http://www.osha.gov/pls/osha7/ecomplaintform.submit                              11/30/2006



# Notice About
# Your Medical Assistance

State of Delaware Division of Social Services

December 18, 2006

Your Case #: 9001440499

Questions? Contact your Caseworker:
I. HERNANDEZ-ORTIZ
POOL# 0110
1715  W 4TH ST
4TH ST. OFFICE
WILMINGTON DE 19805
(302) 577-3600
Fax: (302) 577-3648

To:  JOURDEAN S LORAH
     114   WALLS AV
     WILMINGTON DE   19805

---

**Medical Assistance for the following people has CHANGED:**

| Name | Start Date | End Date | Old Program | New Program |
|---|---|---|---|---|
| Jourdean S Lorah | January 1, 2007 | Ongoing | Family Planning Services | Medicaid for Uninsured Adults |

You are changing to the Medicaid Program. Medicaid covers most medical care services. In addition to medical care services, Medicaid covers the cost of transportation to medical appointments. The program also covers dental services for children under age 21.

 **If you do not agree with this action, you have the right to a fair hearing.
Read the last page of this notice to see how to ask for a fair hearing.** 

ME F08 MPVA01            9001440499            Page 1

## CERTIFICATE OF SERVICE

On this day of ___JAN. 4, '07___ 2006, the following documents were either sent or delivered to the Defendant.

Jourdean Lorah - Plaintiff
114 Walls Ave.
Wilmington, Delaware 19805

Department of Natural Resources and Environmental Control - Defendant
89 King's Highway
Dover, Delaware 19901

The PMA Group - Defendant
P.O. Box 25249
Lehigh Valley, Pennsylvania 18002-5249

*Jourdean Lorah* (signature)