IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOURDEAN LORAH,           )<br>       Plaintiff,                        )<br>                                              )     C.A. No. 06-539-SLR<br>v.                                          )<br>                                              )<br>DEPARTMENT OF NATURAL     )     Jury Trial Demanded<br>RESOURCES AND ENVIRONMENTAL )<br>CONTROL, and THE PMA GROUP )<br>       Defendants                     ) | |

**DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL'S
MOTION TO DISMISS THE COMPLAINT**

**NOW COMES** the Delaware Department of Natural Resources and Environmental Control (hereinafter "DNREC") and moves the Court, pursuant to Fed. R. Civ. P. 12 (b) (1) and Fed. R. Civ. P. 12 (b) (6) for the entry of an order dismissing the Complaint for the reasons set forth in DNREC's Memorandum of Law filed contemporaneously herewith.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

/s/ Robert F. Phillips_____
Robert F. Phillips, Bar ID # 2453
Deputy Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant DNREC

DATED: January 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOURDEAN LORAH, ) | |
|     Plaintiff, ) | |
| ) | C.A. No. 06-539-SLR |
| v. ) | |
| ) | |
| DEPARTMENT OF NATURAL ) | Jury Trial Demanded |
| RESOURCES AND ENVIRONMENTAL ) | |
| CONTROL, and THE PMA GROUP ) | |
|     Defendants ) | |

## ORDER

**IT IS SO ORDERED,** this _____ day of _____,2007, that Defendant Department of Natural Resources and Environmental Control's Motion to Dismiss pursuant to Fed.R.Civ.P.12(b)(1) and Fed.R.Civ.P.12(b)(6) is hereby **GRANTED.**

_____
Chief Judge Sue L. Robinson

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on January 16, 2007, he caused the attached *Motion to Dismiss the Complaint* to be electronically filed in this Court and to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Jourdean Lorah  
114 Walls Ave  
Wilmington, DE 19805

The PMA Group  
P.O. Box 25249  
Lehigh Valley, PA 18002-5249

**MANNER OF DELIVERY:**

_____   One true copy by facsimile transmission to each recipient.

__X__   Two true copies by first class mail, postage prepaid, to each recipient.

_____   Two true copies by Federal Express.

_____   Two true copies by hand delivery to each recipient.

/s/ Robert F. Phillips_____  
Robert F. Phillips, I.D. #2453  
Deputy Attorney General  
Carvel State Office Building  
820 N. French Street, 6th Floor  
Wilmington, DE 19801  
(302) 577-8400