United States District Court
844 N. King Street
Wilmington, Delaware   19801-3570

Jourdean Lorah - Plaintiff                Case Number - 1:06-cv-539 SLR
114 Walls Ave.
Wilmington, Delaware  19805

     V

Department of Natural Resources and Environmental Control-Defendant
89 King's Highway
Dover, Delaware   19901

The PMA Group
P.O. Box 25249
Lehigh Valley, Pennsylvania  18002-5249

## MOTION TO SEAL COURT DOCUMENTS

   Plaintiff, Jourdean Lorah respectively prays that The United States District Court considers my motion to seal all personal information, medical documentation, my address and any documentation pertaining to personal identification. Plaintiff's reasons for requesting the "motion to seal" is concerning privacy, the Plaintiff's present financial status regarding welfare and the violations under Title VII which currently threaten the Plaintiff, Jourdean Lorah.

                                              *Jourdean Lorah*
                                                1/12/07

## CERTIFICATE OF SERVICE

On this day of ___JAN. 12,_____ 2007, the following documents were either sent or delivered to the Defendant.

**Jourdean Lorah - Plaintiff**
114 Walls Ave.
Wilmington, Delaware  19805



**Department of Natural Resources and Environmental Control - Defendant**
89 King's Highway
Dover, Delaware  19901

**The PMA Group - Defendant**
P.O. Box 25249
Lehigh Valley, Pennsylvania  18002-5249

DEPT. OF JUSTICE
ATTENTION: ROBERT F. PHILLIPS
820 N. FRENCH ST.  6TH. FLOOR
WILMINGTON, DE.  19801