IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOURDEAN LORAH, : | |
| : | |
| Plaintiff, : | Civil Action No. 06-539 SLR |
| : | |
| v. : | |
| : | JURY OF TWELVE DEMANDED |
| DEPARTMENT OF NATURAL RESOURCES AND : | |
| ENVIRONMENTAL CONTROL and : | |
| THE PMA GROUP, : | |
| : | |
| Defendants. : | |

### ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of Jennifer Hurvitz Burbine, Esquire on behalf of defendant, The PMA Group.

**WHITE AND WILLIAMS LLP**

/s/ JENNIFER HURVITZ BURBINE
JOHN D. BALAGUER (#2537)
JENNIFER HURVITZ BURBINE (#4416)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4531

*Attorney for Defendant, The PMA Group*

Dated: February 12, 2007

WILDMS 141186v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOURDEAN LORAH, | : |
| | : |
| Plaintiff, | : Civil Action No. 06-539 SLR |
| | : |
| v. | : |
| | : JURY OF TWELVE DEMANDED |
| DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL and THE PMA GROUP, | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Jennifer Hurvitz Burbine, Esquire do hereby certify that on this 12th day of February 2007, two copies of the foregoing **ENTRY OF APPEARANCE** were served upon the following by First Class Mail, postage prepaid:

Jourdean Lorah
114 Walls Avenue
Wilmington, DE 19805

Dept. of Natural Resources and Environmental Control
89 Kings Highway
Dover, DE 19901

**WHITE AND WILLIAMS LLP**

/s/ JENNIFER HURVITZ BURBINE
JOHN D. BALAGUER (#2537)
JENNIFER HURVITZ BURBINE (#4416)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4531

*Attorney for Defendant, The PMA Group*

WILDMS 141186v.1