United States District Court
844 King Street
Wilmington, Delaware  19801-3570

Jourdean Lorah - Plaintiff
114 Walls Ave.
Wilmington, Delaware  19805

Case Number 1:06-CV-539 SLR

V

Department of Natural Resources and Environmental Control
89 King's Highway
Dover, Delaware  19901

PMA Management Corporation
P.O. Box 25249
Lehigh Valley, Pennsylvania  18002-5249

Department of Justice
Mr. Robert Phillips
Carvel State Office Building
820 N. French Street
Wilmington, Delaware 19801

## MOTION TO SEAL COURT DOCUMENTS

Plaintiff, Jourdean Lorah respectively prays that The United States District Court considers the motion to seal all personal information regarding medical documents, address and personal information. Plaintiff's reason for requesting the "Motion to Seal" is concerning privacy, the Plaintiff's present financial status regarding welfare and the violations under Title VII discrimination.

*Jourdean Lorah*

# CERTIFICATE OF SERVICE

On this day of _____MARCH 13,_____ 2007, the following documents were either sent or delivered to the Defendant.


**Jourdean Lorah - Plaintiff**
114 Walls Ave.
Wilmington, Delaware  19805

*/s/ Jourdean Lorah*

**Department of Natural Resources and Environmental Control - Defendant**
89 King's Highway
Dover, Delaware  19901

**PMA Management Corporation**
P.O. Box 25249
LehighValley, Pennsylvania  18002-5249

**Department of Justice**
Attention: Robert Phillips
Carvel State Office Building
820 N. French Street
Wilmington, Delaware  19801

**Morris and Williams**
Jennifer Hurvitz
P.O. Box 709
824 North Market Street  Suite 902
Wilmington, Delaware  19899-0709