The United States District Court
844 King Street
Wilmington, Delaware  19801

Jourdean Lorah - Plaintiff                    Case Number 1:06-CV-539 SLR
114 Walls Ave.
Wilmington, Delaware  19805

V

Department of Environmental and
Natural Resources
89 king's Highway
Dover, DE.  19901

PMA Management Corporation
P.O. Box 25249
Lehigh Valley, Pennsylvania  18002-5249

Department of Justice
Carvel Office State Building
Robert Phillips
820 N. French Street
Wilmington, DE.  19801

Morris and Williams
Jennifer Hurvitz
P.O. Box 709
824 Market Street  Suite 902
Wilmington, DE.  19899-0709



## MOTION TO FILE THE FOLLOWING BRIEF

On March 9, 2007, Plaintiff, Jourdean Lorah filed a brief referencing case

number 1:06-CV-539. The brief needs to include The PMA Management

Corporation on the front of the brief.  Plaintiff, respectively prays that this motion is

granted.

United States District Court
844 King Street
Wilmington, Delaware   19801


Jourdean Lorah - Plaintiff                          Case Number  1:06-CV-539 SLR
114 Walls Ave.
Wilmington, Delaware  19805


V


Department of Environmental and  Natural Resources - Defendant
89 King's Highway
Dover, Delaware   19901

PMA Management Corporation
P.O. Box 25249
LehighValley, Pennsylvania

Department of Justice
Attention: Robert Phillips
Carvel State Office Building
820 N. French Street
Wilmington, Delaware   19801


### Motion Regarding Medical Records, Disability and Relief

Plaintiff, Jourdean S. Lorah has enclosed with this motion a brief which outlines

all medical records pertaining to injury and disability. Plaintiff's  has set forth the

statement of facts which have proved discrimination and retaliation. The

Department of Environmental and Natural Resources has misapprehended the law

regarding the Plaintiff' s name, gender and address. Plaintiff, Jourdean Lorah is a

forty eight year old female not a an eighteen year old male. Plaintiff, has suffered

from the emotional distress of a chemical whiff which is at the Plaintiff's job, and at

Delaware Technical Community College in Stanton located in Newark, Delaware

where she attends school. Plaintiff, Jourdean Lorah was also gassed outside of the

Biology Lab at Delaware Technical Community College on September 27, 2006.

Plaintiff, Jourdean Lorah has also provided the United States District Court with

evidence that she has suffered from a physical injury that occurred on the job in PA.

The Department of Environmental and  Natural Resources is an agent, but not the

employer. DNREC is responsible for environmental problems that were reported by

the Plaintiff. Under Tile VII, the plaintiff has been discriminated by way of age,

gender and disability for many years. Plaintiff, Jourdean Lorah has been

wrongfully terminated from her part time position at Tatnall School on  (Dec. 7,

2006) without just cause. Those violations under Title VII are continuing and

pending. Plaintiff, Jourdean Lorah is seeking relief from the  Department of

Environmental and Natural Resources or The United States District Court in

Wilmington, DE.  Tafoya V Adams (DC Colo)  612 F Supp 1097, 78 ALR Fed 477.

All other agents, officials, supervisors and administrators that knew the Plaintiff

was violated have been included in the statement of facts. Plaintiff, Jourdean

respectively prays that The United States District Court will grant her the relief in

the amount of $300,000.00 that is presently needed  for loss of promotions, no

opportunity, damages, no retirement and injury. Plaintiff, Jourdean Lorah has also

been denied the enjoyment/accommodation of taking an exercise class at The New

Castle County Hockessin Community Center. Plaintiff, Jourdean Lorah was

harassed incessantly as Jordan Lorah's identity (male). Plaintiff, Jourdean Lorah is

not a prisoner and her rights to enjoy a service provided by New Castle County to

the public has been misapprehended and discriminated by way of gender. Turnbill

<u>V Fink  Del. Supr., 668 a. 2D 1370 (1995)</u> Plaintiff, Jourdean Lorah was told by a council member of New Castle County during mediation to take the money  (all classes that were taken at New Castle County) and go to another exercise class. The amount of money that was paid to New Castle County for the exercise program was never returned nor was the Plaintiff accommodated. Plaintiff, Jourdean provided security for the state of Delaware  through a company in Virginia.  Plaintiff, Jourdean Lorah is not able to afford the representation of an attorney. Plaintiff's rights have been violated and statute of limitations concerning security (American International Security) is over. No one involved in the misapprehension of the law is allowed to deny the Plaintiff equal opportunity, enjoyment of programs that are offered to the public nor deny the Plaintiff, Jourdean her worth in The Martin Luther King Library. The history presently in The Martin Luther King Library is not about greed. It is simply about freedom, equal opportunity, rights and the right to be given your worth when you are worthy. Plaintiff,  Jourdean Lorah respectively prays that The United States District Court will grant the relief.

## CERTIFICATE OF SERVICE

On this day of _____ MARCH 13 _____ 2007, the following documents were

either sent or delivered to the Defendant.



Jourdean Lorah - Plaintiff
114 Walls Ave.
Wilmington, Delaware  19805

Department of Natural Resources and Environmental Control - Defendant
89 King's Highway
Dover, Delaware   19901

PMA Management Corporation
P.O. Box 25249
Lehigh Valley, Pennsylvania  18002-5249

Department of Justice
Attention: Robert Phillips
Carvel State Office Building
820 N. French Street
Wilmington, Delaware    19801

Morris and Williams
Jennifer Hurvitz
P.O. Box 709
824 North Market Street  Suite 902
Wilmington, Delaware   19899-0709