The United States District Court
844 King Street
Wilmington, Delaware  19801-3570

Jourdean Lorah						Case Number  1:06-CV-539-SLR
114 Walls Ave.
Wilmington, Delaware  19805

V

Department of Natural Resources and
Environmental Control
89 King's Highway
Dover, Delaware  19801

PMA Management Corporation
P.O. Box 25249
LehighValley, Pennsylvania  18002-5249

Morris and Williams
Jennifer Hurvitz
824 North Market Street  Suite 902
P.O. Box 709
Wilmington, Delaware  19899-0709



## MOTION OBJECTING TO DISMISS COMPLAINT

Defendants stated that the plaintiff, Jourdean Lorah did not state her case.  As stated in the brief filed with The United States District Court on March 9, 2007, the Plaintiff, Jourdean Lorah has stated her case. Plaintiff is not a man nor is she a prisoner. Supervisors, colleagues, instructors as well as programs through the New Castle County have referred to the Plaintiff as Jordan Lorah (They simply do not see the male, only the female Jourdean Lorah as she is denied equal opportunity). The PMA Management Corporation sent a letter to the Plaintiff's home address requesting medical records through the Department of Natural Resources and

Environmental Control. This letter states The PMA Group as the name of the corporation. The PMA Corporation sent a letter denying the Plaintiff's claim #W890343819 because the Plaintiff, Jourdean Lorah refused to submit the medical records. Plaintiff, Jourdean Lorah called PMA management and told them she is not a man. Plaintiff, also sent a letter to Linda Cho stating the reasons why the Plaintiff felt that she was being defrauded. The information on the claim concerning identification (SS) did not match the Plaintiff, Jourdean Lorah. Plaintiff, Jourdean Lorah respectively prays that The United States District Court considers the relief that can be granted under <u>Tafoya V Adams (DC Colo) 612 F Supp 1097, 78 ALR Fed 477.</u> All supervisors, officials, managers, colleagues and agents who were notified of the discrimination did nothing. The Plaintiff, Jourdean Lorah suffered Economically emotionally and physically. The United States District Court does have jurisdiction of the Plaintiff's case as she has stated. The violations have occurred in Maryland, Virginia, Delaware and Pennsylvania. The Plaintiff, Jourdean Lorah is seeking relief in the amount of $300,000.00 for her loss. Plaintiff, Jourdean Lorah has financial responsibilities to her mother (senior) and their home. Presently, it is not equal opportunity and it is a lock out (the doors to employment are closed) concerning the Plaintiff, Jourdean Lorah. Title VII (age, gender and disability) is a continuing violation. There is no reason for the Plaintiff, Jourdean Lorah to be on welfare and in adult poverty. Plaintiff, Jourdean complained to DNREC, but DNREC and PMA management sent to the Plaintiff's address, (Jourdean Lorah) Jordan Lorah's claim. Jordan Lorah was identified as an eighteen year old man with an injury on his hand.

*Jourdean Lorah* (signature)

**Statement of Facts**

**Letter from Department of Natural Resources
and Environmental Control - PMA Group as the corp. name**..........................1.

**Letter from PMA Corporation - claim denied** ………………………………........... 2.

    A. Letter to Linda Cho

**Letter of Financial Responsibilities** ………………………………........................ 3.

**Attorney Jennifer Hurvitz of Morris and Williams**………………………………....4.
**Attorney's order to the U.S. District Court states the PMA Group**

**Statement of Facts**

1. Plaintiff, Jourdean Lorah complained several times to The Department of Natural Resources regarding a chemical whiff (park, at work, in the parking lot at work and in the street near the Plaintiff's house). The Department of Natural Resources and Environmental Control sent Jourdean Lorah a medical request for medical records regarding a worker's compensation claim on July 8, 2003. The letter states that the medical information be sent to the PMA Group located at P.O./ Box 25249 in Lehigh Valley, Pennsylvania 18002-5249. The injury report from DNREC stated a man's name (Jordan Lorah) who was eighteen with the Plaintiff, Jourdean Lorah's address. The social security number did not match the Plaintiff's, Jourdean Lorah.

2. Plaintiff, Jourdean Lorah called the PMA Group/Management Corporation to notify them that she was not a man (Jordan Lorah) who was eighteen years of age. The Plaintiff, refused to sign any medical releases. Claim W890343819 was denied. Plaintiff did live at Rt. 5 Box 150 in Frankford, Delaware 19945.

3. A letter has been sent to Mr. King at the EEOC (Title VII-continuing violation) in Philadelphia, Pennsylvania concerning the Plaintiff's employment. Plaintiff, Jourdean Lorah has financial responsibilities to her mother (senior) and their home.

4. The attorney Jennifer Hurvitz has written and identified on her order to the United States District Court The PMA Group. Attorney Jennifer Hurvitz argues that the PMA group is The PMA Management Corporation and that the process was not served correctly. Plaintiff, Jourdean Lorah has proved that it doesn't

matter which name is correct because DNREC referred to it as The PMA Group in their letter to the Plaintiff. The PMA Group/PMA Management Corporation has been served and the brief which states the Plaintiff's claim was filed on March 9, 2007.



**STATE OF DELAWARE**
**DEPARTMENT OF NATURAL RESOURCES**
**AND ENVIRONMENTAL CONTROL**
**89 KINGS HIGHWAY**
**DOVER, DELAWARE 19901**

HUMAN RESOURCES OFFICE

TELEPHONE: (302) 739-5823
FAX: (302) 739-7571

TO:      Jordan Lorah

FROM:    Bonnie Korstange

DATE:    July 8, 2003

RE:      Workers' Compensation Procedure Letter


**PLEASE NOTIFY YOUR MEDICAL PROVIDER. ALL BILLS AND/OR SERVICES AND SUPPLIES PERTAINING TO AN INJURY MUST BE SENT DIRECTLY TO:**

THE PMA GROUP
P. O. BOX 25249
Lehigh Valley, PA 18002-5249

1. In the event of an on-the-job injury, it is **mandatory** that your supervisor submit **signed originals** of "Employer's Report of Occupational Injury or Disease" and "DNREC Workers' Compensation Investigation Form", to the Human Resource Office within **two** working days for processing the Worker's Compensation Claim. The Department is responsible for reporting claims to the Workers' Compensation carrier within ten (10) days or is subject to fines. Supervisors have the authority and responsibility to ensure compliance.

2. If you are instructed to remain off work, you and your Supervisor are to contact the Human Resource Office **immediately** to let us know the diagnosis, how long you will be out of work and the name and address of the treating physician. The **original** doctor's note must be sent to the Human Resource Office after each doctor's appointment.

3. Your timekeeper will provide your work schedule to the Human Resource office to determine the amount of compensation due you.

4. When your claim is approved, the Department will pay 1/3 and Workers' Compensation will pay 2/3 of your pay equal to your anticipated earnings for up to three (3) months or your seasonal position ends, whichever comes first.


*It's Good Being First!*



**PMA® Management Corp.**

*A member of The PMA Insurance Group*

July 22, 2003

Jordan Lorah
Route 5, Box 150
Frankford DE 19945

      RE:   **Claim#:**   **W890343819**
             **Injured Worker:**   **Jordan Lorah**
             **Client:**   **State of Delaware**
             **Date of Injury:**   **06/30/03**

Dear Mr. Lorah:

To date, we have not received any medical information to substantiate your alleged work related injury and/or disability as well as the relatedness of same to your employment. We requested medical from your treating doctor.

As such, <u>we must respectfully deny your claim for Workers' Compensation benefits</u>. If and when any additional information is received regarding your injury and medical condition, we will re-evaluate your claim and reconsider our position at that time. At the present time, your claim has been denied.

By copy of this letter to your employer and The Industrial Accident Board, they shall hereby be made aware of our decision in this matter.

Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Deanna Williams

"Delaware Law requires that you be notified that the statute of limitations for Workers' Compensation claims is two (2) years. If your claim has been accepted as compensable and payments (medical or indemnity) made to you or on your behalf, the statute of limitations is five (5) years from the date of last payment."

   c:     Industrial Accident Board
          State of Delaware

*The Premier Provider of Results-Driven Risk Management Services*

First Reports P.O. Box 25248 • Medical Bills & Reports P.O. Box 25249 • Correspondence P.O. Box 25250 • Lehigh Valley, PA 18002
Toll Free: 1-888-476-2669 • First Report Fax: 1-888-329-2721 • Urgent Faxes: DE (302) 791-5910; PA (484) 530-7896

Jourdean Lorah
Route 5 box 150-318
Frankford, Delaware 19945

July 28, 2003

PMA Management
Corporate Processing Center
Attention: Linda Cho
P.O. Box 25250
Lehigh Valley, Pennsylvania 18002-5250

RE: Claim Number- W8903-43819

Dear Ms. Cho,

    On July 23, 2003, I spoke with you regarding the above claim concerning Jordan Lorah. We discussed the nature of the complaint and the need for an investigation concerning a possible fraud. I am currently having difficulties regarding the Department of Environmental Natural Resources. However my issues with my complaint are different than Jordan Lorah's. Presently, someone needs to clarify the claim and make sure that Jordan Lorah receives his or her complaint at their address instead of mine. I am not Jordan Lorah and Jordan Lorah does not live at my address. The social security numbers have been verified and my social security number is different then the one on the claim.
    I will be contacting an attorney pertaining to this claim. If you have any questions about this claim you may contact me at home in the evening at 302-539-8773. Your cooperation and consideration is most appreciated.

Sincerely,

Jourdean Lorah

Patty J. Lorah
114 Walls Ave.
Wilmington, Delaware 19805

January 2, 2007

Equal Employment Opportunity Commission
Philadelphia District Office
Attention: Mr. King
21 South Fifth Street
Philadelphia, Pennsylvania

Dear Mr. King,

   I am a concerned parent of Jourdean Lorah who resides with me at 114 Walls Ave. in Wilmington, Delaware. There seems to be a pattern of employment which results in either a layoff or a wrongful termination where no explanation or reason is given. My daughter's employment usually lasts approximately three months, each time resulting in a financial hardship with no retirement and unemployment compensation. Jourdean Lorah has financial responsibilities each month as a resident in my home.

   Please contact me if there is anything that I can do or discuss with you. I know an overburden of cases is a hardship at this time but any consideration you could give us would be highly appreciated. I can be reached at 302-381-2637 (if possible to have a telephone conversation).

Sincerely yours,

*Patty J. Lorah*
Patty J. Lorah

Mr. King,
   I will be back in the area in Feb - if we need to set up a meeting.   Thank you,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOURDEAN LORAH, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-539 SLR |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF NATURAL RESOURCES AND | : | |
| ENVIRONMENTAL CONTROL and | : | |
| THE PMA GROUP, | : | |
| | : | |
| Defendants. | : | |

### ORDER

**HAVING CONSIDERED** The PMA Groups's motion to dismiss plaintiff's complaint, and all responses thereto;

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** insofar as the complaint is brought against The PMA Group.

_____

The Honorable Sue L. Robinson

WILDMS 141129v.1

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Jourdean Lorah - Plaintiff  
114 Walls Ave.  
Wilmington, Delaware 19805

Case Number 1:06-CV-539-SLR

V

Department of Natural Resources -Defendants  
and Environmental Control  
The PMA Management Corporation

PMA Management Corporation  
P.O. Box 25249  
Lehigh Valley, Pennsylvania 18002-5249

Department of Justice  
Robert Phillips  
820 N.French Street  
Wilmington, Delaware e 19801

Morris and Williams  
Jennifer Hurvitz  
824 North Market Street Suite 902  
P.O. Box 709  
Wilmington, DE. 19899-0709

ORDER

HAVING CONSIDERED, the Plaintiff, Jourdean Lorah's brief and the financial need to request relief regarding an economical hardship, discrimination and personal injury

IT IS HEREBY ORDERED that the Plaintiff be granted the relief for her

losses economically as stated. The complaint is not dismissed with prejudice against the Plaintiff. The complaint is dismissed against the Defendants with prejudice.

_____

The Honorable Sue L. Robinson

## CERTIFICATE OF SERVICE

On this day of ____MARCH 13____ 2007, the following documents were either sent or delivered to the Defendant.

Jourdean Lorah - Plaintiff
114 Walls Ave.
Wilmington, Delaware 19805

*/s/ Jourdean Lorah*

Department of Natural Resources and Environmental Control - Defendant
89 King's Highway
Dover, Delaware 19901

PMA Management Corporation
P.O. Box 25249
LehighValley, Pennsylvania 18002-5249

Department of Justice
Attention: Robert Phillips
Carvel State Office Building
820 N. French Street
Wilmington, Delaware 19801

Morris and Williams
Jennifer Hurvitz
P.O. Box 709
824 North Market Street  Suite 902
Wilmington, Delaware 19899-0709