The United States District Court
844 King Street
Wilmington, Delaware 19801--3570

Jourdean Lorah - Plaintiff
114 Walls Ave.
Wilmington, Delaware 19805

# 1:06-CV-539 SLR

V.

The Department of Natural Resources - Defendant
and Environmental Control
89 King's Highway
Dover, Delaware 19901

PMA Management Corporation
P.O. Box 25249
Lehigh valley, Pennsylvania 18002-5249

Department of Justice
Carvel State Office Building
Robert Phillips
820 N. French Street
Wilmington, Delaware 19801

MOTION CONCERNING AFFIRMATIVE

ACTION REGARDING AGE

AND OPPORTUNITY

Plaintiff, Jourdean Lorah respectively prays that the United States District Court considers affirmative action regarding the pending charges of age, disability and gender discrimination under Title VII. The charges of discrimination is presently a continuing violation. Recent charges have been filed. Plaintiff, needs a full time job with benefits to fulfill her financial responsibilities.

*Jourdean Lorah*

## CERTIFICATE OF SERVICE

On this day of ___MARCH 13,_____ 2007, the following documents were either sent or delivered to the Defendant.


**Jourdean Lorah - Plaintiff**
114 Walls Ave.
Wilmington, Delaware  19805

*/s/ Jourdean Lorah*

**Department of Natural Resources and Environmental Control - Defendant**
89 King's Highway
Dover, Delaware  19901

**PMA Management Corporation**
P.O. Box 25249
Lehigh Valley, Pennsylvania  18002-5249

**Department of Justice**
**Attention: Robert Phillips**
**Carvel State Office Building**
820 N. French Street
Wilmington, Delaware   19801

**Morris and Williams**
**Jennifer Hurvitz**
P.O. Box 709
824 North Market Street  Suite 902
Wilmington, Delaware   19899-0709