IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOURDEAN LORAH, | : |
| | : |
| Plaintiff, | : C. A. No. 06-539 SLR |
| | : |
| v. | : |
| | : JURY OF TWELVE DEMANDED |
| DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL and THE PMA GROUP, | : |
| | : |
| Defendants. | : |

## WITHDRAWAL OF APPEARANCE

PLEASE BE ADVISED THAT the undersigned counsel, John D. Balaguer, hereby withdraws his appearance on behalf of Defendant The PMA Group.

PLEASE BE ADVISED THAT Jennifer L. Burbine, Esquire will remain counsel on behalf of Defendant The PMA Group.

WHITE AND WILLIAMS LLP

_____
John D. Balaguer (#2537)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
(302) 467-4501
*Attorney for Defendant, The PMA Group*

Dated: April 25, 2007

WILDMS 143624v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOURDEAN LORAH, | : |
| Plaintiff, | : C. A. No. 06-539 SLR |
| v. | : |
| | : JURY OF TWELVE DEMANDED |
| DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL and THE PMA GROUP, | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, John D. Balaguer, Esquire do hereby certify that on this 26th day of April, 2007, two copies of the foregoing **WITHDRAWAL OF APPEARANCE** were served upon the following by First Class Mail, postage prepaid:

Jourdean Lorah
114 Walls Avenue
Wilmington, DE 19805

Robert F. Phillips, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

WHITE AND WILLIAMS LLP

John D. Balaguer (#2537)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
(302) 467-4501

WILDMS 143624v.1