IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOURDEAN LORAH,                          )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )  Civ. No. 06-539-SLR
                                         )
DEPARTMENT OF NATURAL                    )
RESOURCES AND ENVIRONMENTAL )
CONTROL and THE PMA GROUP,               )
                                         )
          Defendants.                    )

**MEMORANDUM ORDER**

At Wilmington this 30th day of August, 2007, having considered plaintiff's

motion and the papers submitted in connection therewith ;

IT IS ORDERED that plaintiff's motion for reconsideration (D.I. 32) is denied for

the following reasons:[1]

1. The purpose of a motion for reconsideration is to "correct manifest errors of

law or fact or to present newly discovered evidence." Max's Seafood Café ex rel. Lou-

Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999). Accordingly, a court may alter

or amend its judgment if the movant demonstrates at least one of the following: (1) a

change in the controlling law; (2) availability of new evidence not available when

---

[1]Although captioned as a motion to amend artful pleadings and motion to dismiss complaint as moot (D.I. 32), plaintiff is essentially requesting reconsideration of the court's July 16, 2007 order dismissing her complaint. (D.I. 31)

summary judgment was granted; or (3) a need to correct a clear error of law or fact or to prevent manifest injustice.  See id.

2.  Plaintiff has failed to demonstrate any of the aforementioned grounds to warrant a reconsideration of the court's July 16, 2007 order dismissing her case.

United States District Judge